



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2007

**BY HAND**
Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Bobby Saunders, et al.
             S2 07 Cr. 3 (BSJ)

Dear Judge Eaton:

      On April 4, 2007, a federal grand jury returned the attached superseding indictment against defendant Bobby Saunders, a/k/a "Bobby Moore," and others. That same day, United States Magistrate Judge Gabriel W. Gorenstein sealed the indictment and issued arrest warrants for numerous individuals. Earlier today, several of those individuals were placed under arrest. In light of these arrests, the Government respectfully requests that the Court unseal the indictment.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney
      Southern District of New York

      By: *Elizabeth F. Maringer*
      Elizabeth F. Maringer
      Assistant United States Attorney
      (212) 637-2402

SO ORDERED:  4/11/07

_____
HONORABLE DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE